UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SOLAX ENERGIA ALTIPLANO
S.A. DE. C.V. and SOLAX ENERGY LLC,

                          Plaintiffs,

-against-

ITHUBA CREDIT CORPORATION, ITHUBA
SAVINGS AND CREDIT, ITHUBA INVESTMENT
BANK AND STATUTORY TRUST, ITHUBA
BUSINESS ADVISORY SERVICES INC., ITHUBA
HOLDINGS INC., ISCC GROUP OF COMPANIES,
JEAN BILALA, and PAUL MALEKA SEFUDI

                         Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 15 2021

ORDER

21 Civ. 863 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference scheduled for June 16, 2021 at 9:30 a.m. is hereby cancelled.

    An oral argument on Defendants' Motion to Dismiss the Complaint is scheduled for August 18, 2021 at 11:00 a.m.

    The parties shall make Rule 26 initial disclosures within 14 days of this Order.

    All further discovery shall be stayed until August 18, 2021.

Dated: New York, New York
       June 15, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge