UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SOLAX ENERGIA ALTIPLANO
S.A. DE. C.V. and SOLAX ENERGY LLC,

                              Plaintiffs,

-against-

ITHUBA CREDIT CORPORATION, ITHUBA
SAVINGS AND CREDIT, ITHUBA INVESTMENT
BANK AND STATUTORY TRUST, ITHUBA
BUSINESS ADVISORY SERVICES INC., ITHUBA
HOLDINGS INC., ISCC GROUP OF COMPANIES,
JEAN BILALA, and PAUL MALEKA SEFUDI

                             Defendants.
------------------------------------------x

ORDER

21 Civ. 863 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The oral argument on Defendants' Motion to Dismiss the Complaint, (ECF No. 36), is adjourned from October 20, 2021 to November 17, 2021 at 11:00 a.m.

Dated: New York, New York
October 12, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge