**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SOLAX ENERGIA ALTIPLANO S.A. DE. C.V.,
et al.

                          Plaintiffs,              **21-CV-863 (GBD) (VF)**

           -against-                         **ORDER**

Ithuba Credit Corporation, et al.,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

     A conference to discuss scheduling the damages inquest is hereby scheduled for **Monday, February 24, 2025, at 12:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [766 450 468#].**

        **SO ORDERED.**

DATED:    New York, New York
                January 16, 2025

                                                          _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge