

March 18, 2025

Sarah Fink
516.620.4637 (Direct)
917.751.5806 (Mobile)
Sarah.Fink@wilsonelser.com

*Via ECF*
Magistrate Judge Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Room 17A
New York, New York 10007

Re:   *Solax Energia Altiplano S.A. DE. C.V. et al v. Ithuba Credit Corporation et al.*, No. 21-cv-00863
      Our File No. 23191.00001

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
Dated: 3/19/25

The extension requested herein is GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 98.

Dear Judge Figueredo:

I represent Plaintiffs in the above action. I write pursuant to Rule I.e. of Your Honor's Individual Practices in Civil Cases to request an extension of time in which Plaintiffs may submit their proposed findings of fact and conclusions of law concerning damages originally to be submitted no later than **March 24, 2025**. Plaintiffs have not previously requested an extension and are making an active effort to comply with Your Honor's deadline. However, the relevant documents need to be translated to English and due to other calendar considerations, we respectfully request an extension of the deadline to **May 21, 2025**. Defendants in this action have defaulted, and there is currently no counsel of record for Defendants, therefore, we have not discussed this request for extension.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Sarah Fink*

Sarah Fink

SF:jm

cc: All counsel of record (via ECF)

90 Merrick Avenue | East Meadow, NY 11554 | p 516.228.8900 | f 516.228.0200 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

309944438v.1