

May 20, 2025

> **MEMO ENDORSED**
>
> *(signature)*
> **HON. VALERIE FIGUEREDO**
> **UNITED STATES MAGISTRATE JUDGE**
>
> **Dated:** 5/21/2025
>
> While the Court is sympathetic to Plaintiffs' health issues, this is a 2021 case, and the proposed findings of fact were originally due March 24, 2025. Plaintiffs' request for an extension of time is granted until **June 20, 2025**. No further extensions of time will be granted.

*Via ECF*
Magistrate Judge Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Room 17A
New York, New York 10007
212-805- 0298

Re:  *Solax Energia Altiplano S.A. DE. C.V. et al v. Ithuba Credit Corporation et al.*, No. 21-cv-00863
File No:  23191.00001

Dear Judge Figueredo:

    I represent Plaintiffs in the above action. I write pursuant to Rule I.e. of Your Honor's Individual Practices in Civil Cases to request a second extension of time in which Plaintiffs may submit their proposed findings of fact and conclusions of law concerning damages, which was to be submitted by no later than May 21, 2025. Despite Plaintiffs' active efforts to comply with Your Honor's extended deadline, Plaintiffs have encountered complicated personal health issues requiring their full attention, and thus impacting their ability to gather all of the necessary documentation by the extended deadline. We respectfully request an additional extension of the deadline to **August 21, 2025**. As stated in my first extension request, Defendants in this action defaulted, and therefore we have not discussed this request for extension.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Sarah Fink

cc: All counsel of record (via ECF)

90 Merrick Avenue | East Meadow, NY 11554 | p 516.228.8900 | f 516.228.0200 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

313401537v.1