## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SOLAX ENERGIA ALTIPLANO S.A. DE.
C.V. and SOLAX ENERGY LLC,

                Plaintiff,          21 **CIVIL** 863 (GBD)(VF)

      -against-                **JUDGMENT**

ITHUBA CREDIT CORPORATION, ITHUBA
SAVINGS AND CREDIT, ITHUBA
INVESTMENT BANK AND STATUTORY
TRUST, ITHUBA BUSINESS ADVISORY
SERVICES INC., ITHUBA HOLDINGS INC.,
ISCC GROUP OF COMPANIES, JEAN
BILALA, and PAUL MALEKA SEFUDI,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 6, 2025, Magistrate Judge Figueredo's Report is ADOPTED in full; accordingly, the case is closed.

**Dated:** New York, New York
         October 7, 2025

                                                **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                       **BY:**    K. Mango

                                                    **Deputy Clerk**